*[handwritten margin notes: "1/30/03", "V3", "Granted in part and denied in part as explained on the record at today's conference call. So ordered. /s/"]*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GEORGE TATE and DWAYNE TATE,     : CIVIL NO.: 3:01CV1280(SRU) 
   Plaintiffs,

vs.

TOWN OF BLOOMFIELD
OFFICER SEAN CECCHINI
OFFICER DON RAJTAR,              : MAY 27, 2003
   Defendants.

### DEFENDANTS' MOTION TO COMPEL

Pursuant to Fed. R. Civ. P. 37 and L.Civ. R. 9, the defendants, hereby respectfully move for an order compelling the plaintiff, Dwayne Tate, to provide a signed authorization for the release of school records as previously agreed to on May 2, 2002. The defendants make this motion in good faith for the following reasons.

On May 2, 2002, defendants took the deposition of plaintiff, Dwayne Tate. During the deposition the undersigned asked the plaintiff about his school records. The parties then went off the record and counsel for the plaintiff agreed to provide an authorization for the release of those records. See plaintiff's deposition transcript, pp. 15-16, Exhibit 1. As of this date, defendants have not received said authorization.

The undersigned has in good faith conferred with counsel for the plaintiff, Jon Golas. Attorney Golas indicates that he is unwilling to provide defense counsel with said authorization. See affidavit of counsel, Exhibit 2.

**SACK, SPECTOR AND KARSTEN, LLP** • *ATTORNEYS AT LAW*
836 FARMINGTON AVE • WEST HARTFORD, CT 06119-1544 • (860) 233-8251 • JURIS NO. 52776