FILED

2003 OCT 27 P 12: 17

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GEORGE W. TATE and DWAYNE TATE,<br>    Plaintiffs, | :   CIVIL ACTION NO:<br>:   3:01CV1280 (SRU)<br>: |
| vs. | : |
| TOWN OF BLOOMFIELD<br>OFFICER SEAN CECCHINI<br>OFFICER DON RAJTAR,<br>    Defendants. | :<br>:<br>:   OCTOBER 23, 2003 |

### PLAINTIFFS' MOTION FOR OPENING STATEMENT

Pursuant to L.Civ.R. 83.4 counsel for the plaintiffs, George W. Tate and Dwayne Tate hereby moves this Court for an order allowing counsel to make an opening statement in the trial of this matter.

WHEREFORE, counsel for the Plaintiffs requests that this motion for an opening statement be granted by the Court.

PLAINTIFFS, GEORGE W. TATE and
DWAYNE TATE

BY _____
Jon D. Golas
Federal Bar Number: ct23324
Golas, Golas & Golas, P.C.
945 Main Street, Suite 306
Manchester, CT 06040
Tel.#(860) 646-4545
Fax#(860) 646-8604

## **CERTIFICATION**

This is to certify that a copy of the foregoing Motion for Opening Statement has been sent, postage prepaid, via U.S. Mail to the following counsel of record this 23rd day of October, 2003.

Michelle N. Holmes, Esq.
Sack, Spector & Karsten LLP
836 Farmington Avenue
West Hartford, CT 06119

Jon D. Golas
Golas, Golas & Golas, P.C.
945 Main Street, Suite 306
Manchester, CT 06040