

```
FILED
2003 NOV -6  P 2: 37
US DISTRICT COURT
BRIDGEPORT CT
```

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GEORGE W. TATE and DWAYNE TATE,<br>　　　Plaintiffs, | : CIVIL ACTION NO:<br>: 3:01CV1280 (SRU)<br>: |
| vs. | : |
| TOWN OF BLOOMFIELD<br>OFFICER SEAN CECCHINI<br>OFFICER DON RAJTAR,<br>　　　Defendants. | :<br>:<br>: NOVEMBER 5, 2003 |

### PLAINTIFFS' MOTION IN LIMINE
### RE: SUBSEQUENT CONVICTION

The plaintiffs, George W. Tate and Dwayne Tate hereby move this Court for an order excluding from the trial of this matter any evidence concerning the defendant, Dwayne Tate's criminal record. The plaintiffs, further request that defense counsel not be allowed to question at trial whether the plaintiffs have a criminal record.

WHEREFORE, the Plaintiffs request that their Motion in Limine be granted for the reasons stated in their Memorandum.

PLAINTIFFS, GEORGE W. TATE and
DWAYNE TATE

BY _____
　　Jon D. Golas
　　Federal Bar Number: ct23324
　　Golas, Golas & Golas, P.C.
　　945 Main Street, Suite 306
　　Manchester, CT 06040
　　Tel.#(860) 646-4545

## CERTIFICATION

This is to certify that a copy of the foregoing Motion in Limine has been hand delivered to the following counsel of record this 6th day of November, 2003.

Michelle N. Holmes, Esq.
Sack, Spector & Karsten LLP
836 Farmington Avenue
West Hartford, CT 06119

Jon D. Golas
Golas, Golas & Golas, P.C.
945 Main Street, Suite 306
Manchester, CT 06040

2