

FILED
2003 NOV -6 P 2:38
US DISTRICT COURT
BRIDGEPORT, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GEORGE W. TATE and DWAYNE TATE, Plaintiffs, | : : : | CIVIL ACTION NO: 3:01CV1280 (SRU) |
| vs. | : : | |
| TOWN OF BLOOMFIELD OFFICER SEAN CECCHINI OFFICER DON RAJTAR, Defendants. | : : : : | NOVEMBER 5, 2003 |

### PLAINTIFFS' MEMORANDUM
### RE: EVIDENCE OF PRIOR CONVICTION

The plaintiffs hereby respectfully submit the following Memorandum of Law in support of their Motion in Limine regarding the evidence of George Tate's criminal record.

**FACTS**

Counsel for the defendants intends to introduce evidence of George Tate's arrest on or about June 16, 1992 and entry of a guilty plea for sale of marijuana in violation of §21a-278 (b) on January 28, 1993. It is anticipated that defense counsel will attempt to introduce the conviction evidence by elicitation on cross examination or through the introduction of a public record.

**LAW & ARGUMENT**

According to Federal Rule of Evidence 609(b), "[t]ime Limit. Evidence of a conviction under this rule is not admissible if a period of more than ten years has elapsed

since the date of the conviction or of the release of the witness from the confinement imposed for that conviction, whichever is the later date, unless the court determines, in the interests of justice, that the probative value of the conviction supported by specific facts and circumstances substantially outweighs its prejudicial effect." See Federal Rule of Evidence 609.

The criminal record that defense counsel seeks to introduce pertain to a guilty plea entered on January 28, 1993. Defense counsel seeks to introduce evidence of a guilty plea that was entered more than ten (10) years ago. The criminal record that defense counsel seeks to introduce is not admissible pursuant to Federal Rule of Evidence 609(b).

Furthermore, the evidence that George Tate plead guilty to the sale of marijuana on January 28, 1993 should be excluded because its probative value is substantially outweighed by the danger of unfair prejudice.

WHEREFORE, for all of the foregoing reasons the Plaintiffs request that their Motion in Limine be granted.

        PLAINTIFFS, GEORGE W. TATE and
        DWAYNE TATE

        BY _____
        Jon D. Golas
        Federal Bar Number: ct23324
        Golas, Golas & Golas, P.C.
        945 Main Street, Suite 306
        Manchester, CT 06040

## CERTIFICATION

This is to certify that a copy of the foregoing Memorandum has been hand delivered to the following counsel of record this 6th day of November, 2003.

Michelle N. Holmes, Esq.
Sack, Spector & Karsten LLP
836 Farmington Avenue, #221
West Hartford, CT 06119

Jon D. Golas
Golas, Golas & Golas, P.C.
945 Main Street, Suite 306
Manchester, CT 06040