FILED

2003 NOV -6  P 12: 51

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GEORGE TATE and DWAYNE TATE, <br> Plaintiffs, | : CIVIL NO.: 3:01CV1280(SRU) |
| vs. | |
| TOWN OF BLOOMFIELD <br> OFFICER SEAN CECCHINI <br> OFFICER DON RAJTAR, <br> Defendants. | : NOVEMBER 5, 2003 |

### DEFENDANTS' MOTION IN LIMINE RE: BOND

The defendants respectfully request that the Court preclude any evidence regarding the setting of plaintiff's bond at the time of his arrest and/or when he appeared for arraignment. Any evidence regarding said issue is inadmissible on the ground that it is irrelevant pursuant to Fed. R. Evid. 401, 403 and 602.

The plaintiff alleges in his complaint that the defendants arrested him and held him without bond until he was brought to court for arraignment. The plaintiff further alleges in the complaint that the court's bond was excessive. These allegations cannot pertain to defendant Cecchini at all inasmuch as he had no involvement with the plaintiff after the actual arrest was made. As to the defendant Rajtar, the only involvement he had with the plaintiff was to process the paperwork. Since he had no involvement with setting the bond at the police station, the plaintiff cannot establish a foundation for the claim that a bond was never set.

Finally, once the plaintiff left the police station, the defendants had no responsibility for anything that the Superior Court did with respect to his bond and subsequent confinement. In fact, the transcript at the time of arraignment clearly indicates that the bail commissioner's recommendation for bond was based upon plaintiff's significant juvenile criminal history. The complaint does not contain a claim for malicious prosecution.

WHEREFORE, based on the foregoing, defendants respectfully request that their motion be granted.

DEFENDANTS, TOWN OF
BLOOMFIELD, OFFICER SEAN
CECCHINI and OFFICER DON RAJTAR

BY _____
Michelle Holmes
Federal Bar Number: ct20014
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119
Their Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing has been hand-delivered this 6th day of November, 2003 to the following counsel of record:

Jon D. Golas, Esquire
Golas & Golas, P.C.
945 Main Street, Suite 306
Manchester, CT 06040

_____
Michelle Holmes

2

**SACK, SPECTOR AND KARSTEN, LLP** • *ATTORNEYS AT LAW*
836 FARMINGTON AVE • WEST HARTFORD, CT 06119-1544 • (860) 233-8251 • JURIS NO. 52776