FILED

2003 NOV -6 P 12: 51

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GEORGE TATE and DWAYNE TATE,  : CIVIL NO.: 3:01CV1280(SRU)
   Plaintiffs,

vs.

TOWN OF BLOOMFIELD
OFFICER SEAN CECCHINI
OFFICER DON RAJTAR,  : NOVEMBER 5, 2003
   Defendants.

### DEFENDANTS' MOTION IN LIMINE RE: TELEPHONE CALL AT POLICE STATION

The defendants respectfully request that the Court preclude any evidence regarding the plaintiff's claim that defendants refused to allow him to notify his parents of his arrest. Any evidence regarding said issue is inadmissible on the ground that it is irrelevant pursuant to Fed. R. Evid. 401 and 403.

The plaintiff's claims are for negligence and constitutional violations. The defendants did not have a duty nor does the plaintiff have a constitutional right to make a telephone call to relatives at the time of his arrest.[1] See State of Connecticut v. Lillis, 2 Conn.Cir.Ct. 600, 603 (1964)("[t]he denial of the use of the telephone to call a doctor, relatives and friends does not infringe upon any right guaranteed by the constitution".).

WHEREFORE, based on the foregoing, defendants respectfully request that their motion be granted.

---

SACK, SPECTOR AND KARSTEN, LLP • ATTORNEYS AT LAW
836 FARMINGTON AVE • WEST HARTFORD, CT 06119-1544 • (860) 233-8251 • JURIS NO. 52776

DEFENDANTS, TOWN OF
BLOOMFIELD, OFFICER SEAN
CECCHINI and OFFICER DON RAJTAR

BY _____
Michelle Holmes
Federal Bar Number: ct20014
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119
Their Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing has been hand-delivered this 6th day of November, 2003 to the following counsel of record:

Jon D. Golas, Esquire
Golas & Golas, P.C.
945 Main Street, Suite 306
Manchester, CT 06040

_____
Michelle Holmes

2

**SACK, SPECTOR AND KARSTEN, LLP** • *ATTORNEYS AT LAW*
836 FARMINGTON AVE • WEST HARTFORD, CT 06119-1544 • (860) 233-8251 • JURIS NO. 52776