FILED

2003 NOV -6  P 12: 51

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GEORGE TATE and DWAYNE TATE,<br>Plaintiffs, | : CIVIL NO.: 3:01CV1280(SRU) |
| vs. | |
| TOWN OF BLOOMFIELD<br>OFFICER SEAN CECCHINI<br>OFFICER DON RAJTAR,<br>Defendants. | : NOVEMBER 5, 2003 |

### DEFENDANTS' MOTION IN LIMINE RE: CONFINEMENT

The defendants respectfully request that the Court preclude any evidence regarding the length of plaintiff's confinement in jail after the Superior Court set his bond. Any evidence regarding said issue is inadmissible on the ground that it is irrelevant pursuant to Fed. R. Evid. 401 and 403.

The plaintiff alleges in his complaint that after his arraignment, and without notification by the court to his parents, he was held in custody for approximately four days when he was next presented to the court. There is no claim in this case for malicious prosecution. The defendants played absolutely no role in the court's setting of bond, the setting of the next court date, or whether plaintiff was allowed to call his parents from court or while incarcerated. Therefore, any evidence on this issue is irrelevant to whether plaintiff was subjected to false arrest.

WHEREFORE, based on the foregoing, defendants respectfully request that their motion be granted.

DEFENDANTS, TOWN OF
BLOOMFIELD, OFFICER SEAN
CECCHINI and OFFICER DON RAJTAR

BY: _____
Michelle Holmes
Federal Bar Number: ct20014
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119
Their Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing has been hand-delivered this 6th day of November, 2003 to the following counsel of record:

Jon D. Golas, Esquire
Golas & Golas, P.C.
945 Main Street, Suite 306
Manchester, CT 06040

_____
Michelle Holmes

2

**SACK, SPECTOR AND KARSTEN, LLP** • *ATTORNEYS AT LAW*
836 FARMINGTON AVE • WEST HARTFORD, CT 06119-1544 • (860) 233-8251 • JURIS NO. 52776