CT/cvtrial (October 17, 2001)

TOTAL TIME: **2** hours **30** minutes     DEPUTY CLERK **Montz**   HONORABLE **Stefan Underhill**   RPTR/ERO/TAPE **Cancel**

DATE **11-13-03**   START TIME **9:35**   END TIME **4:50**
LUNCH RECESS FROM _____ TO _____
RECESS FROM **11:05** TO _____ (if more than 1/2 hour)
**1:30 - 2:10**   **-4:40**

CIVIL NO. **3:01cv 1280 (SRU)**

**Tate**
vs.
**Bloomfield**

**Jon Goks**
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

**Michelle Holmes**
Defendants Counsel

## CIVIL JURY/COURT TRIAL

☑ Jury of **8** report (see attached) ☐ Jury sworn
☑ (jytrl./h) Jury Trial held ☐ (jytrl./set) Jury Trial continued until _____ at _____
☐ (ctrl./h) Court Trial held ☐ (ctrl./set) Court Trial continued until _____ at _____
☐ ctrlconc. Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm Oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm Oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed

☐ Plaintiff(s) rests ☐ Defense rests
Briefs due: ☐ Pltf _____ Deft _____ Reply _____
☑ Summation held ☑ Court's Charge to the Jury
☑ All full exhibits, ☑ Verdict Form handed to the jury ☑ Interrogatories to the Jury handed to the jury
☑ Jury commences deliberations at **11:15**
☑ Court orders Jury to be fed at Govt. expense (see attached bill)
☐ SEE ☐ reverse ☐ attached

☑ COPY TO: JURY CLERK (JURY TRIALS ONLY)

**Jury List**

Judge: STEFAN R. UNDERHILL
Event: **3:01CV1280(SRU**

Date: **11/7/03**
Time: **1:23 PM**

| Seat# | Part No. | Name | Type |
|---|---|---|---|
| 1 | 100121700 | CALVEY, GRACE M | Juror |
| 2 | 100118973 | CHERRINGTON, SYDNEY E | Juror |
| 3 | 100096843 | DEAN JR, FRANK F | Juror |
| 4 | 100114937 | GALLO, CHRISTOPHER A | Juror |
| 5 | 100106179 | GILDEA, PAUL J | Juror |
| 6 | 100111772 | JABIESKI, JOHN B | Juror |
| 7 | 100110102 | MAY, JONATHAN A | Juror |
| 8 | 100099943 | RESNANSKY, WASILI | Juror |