TOTAL TIME: ___ hours _57_ minutes   DEPUTY CLERK _Mantz_   HONORABLE _Stefan Underhill_   CT/cvtrial (October 17, 2001)
RPTR/ERO/TAPE _Catucci_

DATE _11-14-03_   START TIME _10:10_   END TIME _1:25_
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. _3:01cv1280 (SRU)_

_Tate_
vs.
_Bloomfield_

_Jon Golas_
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

_Michelle Holmes_
Defendants Counsel

## CIVIL JURY/COURT TRIAL

✓ Jury of _8_ report (see attached) ☐ Jury sworn
✓ (jytrl./h) Jury Trial held ☐ (jytrl./ser) Jury Trial continued until _____ at _____
☐ (ctrl./h) Court Trial held ☐ (ctrl./set) Court Trial continued until _____ at _____
☐ ctrlconc. Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm. Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm. Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm. Oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm. Oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed

☐ Plaintiff(s) rests ☐ Defense rests
Briefs due: ☐ Pltf _____ Deft _____ Reply _____
☐ Summation held ☐ Court's Charge to the Jury
All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
Jury commences deliberations at _____
☐ Court orders Jury to be fed at Govt. expense (see attached bill)
✓ SEE ☐ reverse ☐ attached

☐ COPY TO: JURY CLERK (JURY TRIALS ONLY)

☐ ........ Court declares MISTRIAL

☑ jyv ....... Verdict Form filed

☑ ........ VERDICT: _in favor of the defendant_

☑ ........ Court accepts verdict and orders verdict verified and recorded

☑ ........ Jury polled

## MISCELLANEOUS PROCEEDINGS

Judge: STEFAN R. UNDERHILL
Event: 3:01CV1280(SRU

Date: 11/7/03
Time: 1:23 PM

11-14-03

| Seat# | Part No. | Name | Type |
|---|---|---|---|
| 1 | 100121700 | CALVEY, GRACE M | Juror |
| 2 | 100118973 | CHERRINGTON, SYDNEY E | Juror |
| 3 | 100096843 | DEAN JR, FRANK F | Juror |
| 4 | 100114937 | GALLO, CHRISTOPHER A | Juror |
| 5 | 100106179 | GILDEA, PAUL J | Juror |
| 6 | 100111772 | JABIESKI, JOHN B | Juror |
| 7 | 100110102 | MAY, JONATHAN A | Juror |
| 8 | 100099943 | RESNANSKY, WASILI | Juror |

*[Signatures of jurors appear to the right of each name]*