01cv1280 ExhList

# United States District Court

DISTRICT OF _____

Tate
v.
Bloomfield

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 3:01cv1280 SRU

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Stefan Underhill | Jon Golas | Michelle Holmes |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 11-12-03 | Sue Catucci | A. Montz |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 11-12-03 | | ✓ | Photo - Bloomfield High School |
| 2 | | " | | ✓ | Bloomfield Police Dep't Incident Report |
| | | " | | | Dwayne Tate, Bloomfield, Ct, Sworn + Test |
| | | " | | | Marjorie Llewellyn, Bloomfield, Ct, Sworn + Test |
| | | " | | | George Tate   Sworn + Test |
| | | " | | | Sean Cecchini, Bloomfield, Sworn + Test |
| | | " | | | Donald Rajtar, Bloomfield, Ct, Sworn + Test |
| | | " | | | Coronica Richardson, Bloomfield, Ct, Sworn + Test |
| | A | 11-13-03 | | ✓ | Bloomfield Police Dep't Incident Report |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages