UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DWAYNE TATE

v.

OFFICER SEAN CECCHINI

CIVIL CASE NO.
3:01 CV 1280 (SRU)

## VERDICT FORM

We the jury unanimously find as follows:

1. Did the plaintiff prove, by a preponderance of the evidence, that he was subjected to an unlawful arrest?

    Yes ____       No  X

    *If you answered "Yes," proceed to question two.*
    *If you answered "No," sign and date the verdict form.*

2. Did the defendant prove that he is entitled to qualified immunity from liability on plaintiff's claim of unlawful arrest?

    Yes ____       No ____

    *If you answered "Yes," sign and date the verdict form.*
    *If you answered "No," proceed to question three.*

3. Has the plaintiff proven, by a preponderance of the evidence, that he is entitled to compensatory or nominal damages? If so, what amount of damages do you award?

    Compensatory Damages    Yes ____        No ____
    *If yes, damages in the amount of:*              $ _____

    OR

    Nominal Damages         Yes ____        No ____
    *If yes, damages in the amount of:*              $ _____

    *Proceed to question 4.*

4. Is the plaintiff also entitled to punitive damages? If so, what amount of damages do you award?

Punitive Damages          Yes ____          No ____
*If yes, damages in the amount of :*          $ _____

*Please sign and date the verdict form.*

_____          _____
Foreperson                                                               Date