# United States District Court

**DISTRICT OF** Court

Tate v. Bloomfield

**EXHIBIT** ~~AND WITNESS LIST~~

FILED 2003 NOV 14 P 4:27

CASE NUMBER: 3:01cv1280 SRU

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Stefan Underhi | Jon Golas | Michelle Holmes |
| TRIAL DATE(S) 11-12-03 | COURT REPORTER Sue Catucci | COURTROOM DEPUTY A. Montz |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| Court ex. | | | | | |
| | 1 | 11-13-03 | | | Jury Instructions |
| | 2 | " | | | Verdict Form |
| | 3 | " | | | Note from Jury |
| | 4 | 11-14-03 | | | Note from Jury |
| | 5 | " | | | Note from Jury |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages