TOTAL TIME: 3 hours 30 minutes

HONORABLE S.R. Underhill
DEPUTY CLERK Kolesnikoff    RPTR/ERO TAPE CATUCCI

DATE 11/6/03    START TIME 9:20    END TIME 2:35
LUNCH RECESS FROM 1:30 TO 2:20
RECESS FROM 12:00 TO 12:55 (if more than 1/2 hour)

Tate
vs.
Bloomfield

CIVIL NO. 3:01cv1280 (SRU)

Jon Golas
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Michelle Holmes
Defendants Counsel

## CIVIL JURY SELECTION/CALENDAR CALL

☐ .... ☐ (call./h) Call of the Calendar held   ☐ (call./set) Call of the Calendar over to _____

☑ .... ☐ (jyselect./h) Jury Selection held   ☐ Jury Selection continued until _____

☐ ....#__ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ....#__ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ....#__ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ....#__ Motion _____   ☐ granted ☐ denied ☐ advisement

☐ ....   _____   ☐ filed ☐ docketed
☐ ....   _____   ☐ filed ☐ docketed
☐ ....   _____   ☐ filed ☐ docketed
☐ ....   _____   ☐ filed ☐ docketed

☑ ....   70 # jurors present

☑ ....   Voir Dire oath administered by Clerk   ☐ previously administered by Clerk

☑ ....   Voir Dire by Court

☑ ....   Peremptory challenges exercised (See attached)

☑ ....   Jury of 8 drawn (See attached) ☐ and sworn ☐ Jury Trial commences

☐ ....   Remaining jurors excused

☐ ....   Discovery deadline set for _____

☐ ....   Disposition Motions due _____

☐ ....   Joint trial memorandum due _____

☑ ....   Trial continued until 11/12 at 9:30

☑ COPY TO: JURY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

(CD.10-Rev. 9/92)

TATE
v
BLOOMFIELD

CASE NO. 3:01CV1280SRU

## CIVIL CHALLENGES

1. 98 - Lutkins, Virginia C.
2. 57 - Torphy, Valerie R.
3. 46 - Roberts, Cindy L.
4. 10 - June, Richard E.

1. 90 - Kate Davis
2. 35 - Eugenee Wallace
3. 59 - Nicholas Catanzaro
4. ~~Sydney~~

#34 - Nancy Martini

_____
COUNSEL FOR PLAINTIFF(S)

_____
COUNSEL FOR DEFENDANT(S)