FILED

2003 NOV 10  A 9: 03

US DISTRICT COURT
BRIDGEPORT CT

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GEORGE W. TATE and DWAYNE TATE, Plaintiffs, | : | CIVIL ACTION NO: 3:01CV1280 (SRU) |
| vs. | : | |
| TOWN OF BLOOMFIELD OFFICER SEAN CECCHINI OFFICER DON RAJTAR, Defendants. | : | NOVEMBER 10, 2003 |

## PLAINTIFFS' MEMORANDUM
## RE: SCHOOL RECORDS

The plaintiffs hereby respectfully submit the following Memorandum of Law in support of their Motion in Limine regarding evidence of Dwayne Tate's school records regarding expulsions, suspensions and/or misconduct.

### FACTS

Counsel for the defendants intends to introduce evidence of Dwayne Tate's school records regarding expulsions, suspensions and/or misconduct. It is anticipated that defense counsel will attempt to introduce the school record information by elicitation on cross-examination, through the introduction of the records or by witness testimony.

**LAW & ARGUMENT**

Any evidence regarding Dwayne Tate's school records pertaining to expulsions, suspensions and/or misconduct is inadmissible on the ground that it is irrelevant pursuant to Federal Rule of Evidence 401. Furthermore, any of the above-mentioned evidence should be excluded pursuant to Federal Rule of Evidence 403 because its probative value is substantially outweighed by the danger of unfair prejudice.

WHEREFORE, for all of the foregoing reasons the Plaintiffs request that their Motion in Limine be granted.

PLAINTIFFS, GEORGE W. TATE and
DWAYNE TATE

BY _____
John D. Golas
Federal Bar Number: ct23324
Golas, Golas & Golas, P.C.
945 Main Street, Suite 306
Manchester, CT 06040

## CERTIFICATION

This is to certify that a copy of the foregoing Memorandum has been hand delivered to the following counsel of record this 10th day of November, 2003.

Michelle N. Holmes, Esq.
Sack, Spector & Karsten LLP
836 Farmington Avenue, #221
West Hartford, CT 06119

                                                    Jon D. Golas
                                                    Golas, Golas & Golas, P.C.
                                                    945 Main Street, Suite 306
                                                    Manchester, CT 06040