FILED

2003 NOV 10 A 9: 03

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GEORGE W. TATE and DWAYNE TATE,<br>   Plaintiffs, | : | CIVIL ACTION NO:<br>3:01CV1280 (SRU) |
| vs. | : | |
| TOWN OF BLOOMFIELD<br>OFFICER SEAN CECCHINI<br>OFFICER DON RAJTAR,<br>   Defendants. | : | NOVEMBER 10, 2003 |

### PLAINTIFFS' MOTION IN LIMINE
### RE: CORONICA RICHARDSON'S TESTIMONY

The plaintiffs, George W. Tate and Dwayne Tate hereby move this Court for an order limiting the testimony of Coronica Richardson exclusively to evidence concerning Bloomfield High School's policy of hiring police officers to monitor school dances.

WHEREFORE, the Plaintiffs request that their Motion in Limine be granted for the reasons stated in their Memorandum.

PLAINTIFFS, GEORGE W. TATE and
DWAYNE TATE

BY_____
Jon D. Golas
Federal Bar Number: ct23324
Golas, Golas & Golas, P.C.
945 Main Street, Suite 306
Manchester, CT 06040
Tel.#(860) 646-4545

**CERTIFICATION**

This is to certify that a copy of the foregoing Motion in Limine has been hand delivered to the following counsel of record this 10th day of November, 2003.

Michelle N. Holmes, Esq.
Sack, Spector & Karsten LLP
836 Farmington Avenue
West Hartford, CT 06119

Jon D. Golas
Golas, Golas & Golas, P.C.
945 Main Street, Suite 306
Manchester, CT 06040