FILED

2003 NOV 10 A 9:04

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GEORGE W. TATE and DWAYNE TATE, Plaintiffs, | : : : | CIVIL ACTION NO: 3:01CV1280 (SRU) |
| vs. | : : | |
| TOWN OF BLOOMFIELD OFFICER SEAN CECCHINI OFFICER DON RAJTAR, Defendants. | : : : : | NOVEMBER 10, 2003 |

## PLAINTIFFS' MEMORANDUM
## RE: CORONICA RICHARDSON'S TESTIMONY

The plaintiffs hereby respectfully submit the following Memorandum of Law in support of their Motion in Limine to limit the testimony of Coronica Richardson exclusively to evidence concerning Bloomfield High School's policy of hiring police officers to monitor school dances.

Counsel for the defendants only recently disclosed Coronica Richardson as a witness on October 27, 2003 despite discovery requests that date back to October 1, 2001. On October 27, 2003 Attorney Holmes disclosed Coronica Richardson as a witness who is anticipated to testify regarding the high school's policy of hiring police officers to monitor school dances. It would be highly unfair and prejudicial to allow Coronica Richardson to testify to any matters other than Bloomfield High School's policy of hiring police officers to monitor school dances.

WHEREFORE, for all of the foregoing reasons the Plaintiffs request that their Motion in Limine be granted.

                                    PLAINTIFFS, GEORGE W. TATE and
                                    DWAYNE TATE

                                    BY _____
                                    Jon D. Golas
                                    Federal Bar Number: ct23324
                                    Golas, Golas & Golas, P.C.
                                    945 Main Street, Suite 306
                                    Manchester, CT 06040

## CERTIFICATION

This is to certify that a copy of the foregoing Memorandum has been hand delivered to the following counsel of record this 10th day of November, 2003.

Michelle N. Holmes, Esq.
Sack, Spector & Karsten LLP
836 Farmington Avenue, #221
West Hartford, CT 06119

_____
Jon D. Golas
Golas, Golas & Golas, P.C.
945 Main Street, Suite 306
Manchester, CT 06040