UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT



FILED

2003 NOV 19 P 1: 51

US

GEORGE TATE
DWAYNE TATE

v                                    3:01 CV 1280 (SRU)

TOWN OF BLOOMFIELD
OFFICER SEAN CECCHINI
OFFICER RAJTAR

## JUDGMENT

This matter came on for trial before a jury and the Honorable Stefan R. Underhill, United States District Judge. On November 14, 2003, after deliberation, the jury returned a verdict in favor of the defendant. On November 10, 2003 defendant Town of Bloomfield was dismissed. On November 12, 2003 plaintiff George Tate and defendant Don Rajtar were dismissed.

Therefore, it is hereby ORDERED and ADJUDGED that judgment is entered for the defendant Officer Sean Cecchini against the plaintiff Dwayne Tate.

Dated at Bridgeport, Connecticut, this 19th day of November, 2003.

KEVIN F. ROWE, Clerk

By _Alice Martz_
Deputy Clerk

Entered on Docket _____