FILED

2004 JAN -5 A 10: 14

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| GEORGE W. TATE and DWAYNE TATE, | : | CIVIL ACTION NO: |
| | : | 3:01CV1280 SRU |
| Plaintiffs, | : | |
| | : | |
| vs. | : | |
| | : | |
| TOWN OF BLOOMFIELD | : | |
| OFFICER SEAN CECCHINI | : | |
| OFFICER DON RAJTAR, | : | December 30, 2003 |
| Defendants. | | |

**OBJECTION TO DEFENDANTS' MOTION FOR TAXATION OF COSTS**
**DATED DECEMBER 22, 2003**

The Plaintiffs', George W. Tate and Dwayne Tate hereby object to the defendants' Motion for Taxation of Costs dated December 22, 2003 for the following reasons:

1.   <u>Removal Fee: $150.</u>  L.Civ.R. 17 does not provide for <u>removal</u> filing fees of the complaint. This complaint was filed by the plaintiffs in State Court, then removed by the defendants to Federal Court.

2.   <u>Deposition Transcript of Marjorie Llewellyn: $358.81</u>  The deposition transcript of Marjorie Llewellyn was not used at trial.

3.   <u>Service Fees: Marjorie Llewellyn: $79.80</u>  The deposition transcript of Marjorie Llewellyn was not used at trial, thus the fees for attendance at the deposition are not recoverable.

4.      George W. Tate and Dwayne Tate have very limited financial resources and requiring them to pay costs in this matter would cause economic hardship. (See attached Affidavits of Financial Status).

WHEREFORE, based on the foregoing, the plaintiffs respectfully request this court to sustain their objection.

                                       PLAINTIFFS, GEORGE W. TATE
                                       and DWAYNE TATE

                                   BY _____
                                       Jon D. Golas
                                       Federal Bar Number: ct23324
                                       Golas, Golas & Golas, P.C.
                                       945 Main Street, Suite 306
                                       Manchester, CT 06040
                                       Tel.#(860) 646-4545
                                       Fax#(860) 646-8604
                                       Their Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GEORGE W. TATE and DWAYNE TATE,<br>Plaintiffs,<br><br>vs.<br><br>TOWN OF BLOOMFIELD<br>OFFICER SEAN CECCHINI<br>OFFICER DON RAJTAR,<br>Defendants. | CIVIL ACTION NO:<br>3:01CV1280 (SRU)<br><br><br><br><br>OCTOBER 27, 2001 |

## AFFIDAVIT OF FINANCIAL STATUS

I, George W. Tate do hereby depose and swear that:

1. I am over 18 years of age.

2. I believe in the obligation of an oath.

3. This Affidavit is based upon my personal knowledge.

4. I have read the Order dated September 28, 2001 requiring a deposit of $500.00 or a filing of a bond as security for costs with the Court.

5. I currently earn $270.00 a week net at Filene's.

6. I have the following weekly expenses:
    a. Rent- $114.00 per week
    b. Telephone - $20.00 per week
    c. Gas Heat - $25.00 per week
    d. Electricity - $20.00 per week
    e. Gas for automobile - $30.00 per week
    f. Food - $50.00 per week
    g. Incidentals(car insurance, repairs, clothing) - $20.00 per week

7. I have the following assets:
   a. People's Bank Account- $10.00
   b. 1998 used Suzuki automobile - valued- no equity

8. I have the following debts:
   a. Credit cards- $5,000.00
   b. Car loan - $16,000.00
   c. IRS- $800.00

9. At this time, it would be an economic hardship for me to deposit $500.00 or file a bond as security with the Court.

*[signature]*
George W. Tate

Subscribed and sworn to before me on this 27th day of October, 2001.

*[signature]*
Jon D. Golas
Commissioner of the Superior Court

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GEORGE W. TATE and DWAYNE TATE,<br>Plaintiffs, | : <br> : | CIVIL ACTION NO:<br>3:01CV1280 (SRU) |
| vs. | : : : | |
| TOWN OF BLOOMFIELD<br>OFFICER SEAN CECCHINI<br>OFFICER DON RAJTAR,<br>Defendants. | : : : : | OCTOBER 27, 2001 |

## AFFIDAVIT OF FINANCIAL STATUS

I, Dwayne Tate do hereby depose and swear that:

1. I am over 18 years of age.

2. I believe in the obligation of an oath.

3. This Affidavit is based upon my personal knowledge.

4. I have read the Order dated September 28, 2001 requiring a deposit of $500.00 or a filing of a bond as security for costs with the Court.

5. I reside with my mother and I am currently unemployed.

6. I have no assets or income.

7. At this time, it would be an economic hardship for me to deposit $500.00 or file a bond as security with the Court.

_____
Dwayne Tate

Subscribed and sworn to before me on this 27th day of October, 2001.

_____
Jon D. Golas
Commissioner of the Superior Court

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via U.S. mail, postage prepaid this 30th day of December, 2003 to the following counsel of record:

Michelle Holmes, Esq.
Sack, Spector and Karsten, LLP
836 Farmington Avenue
West Hartford, CT 06119-1544

BY _____
Jon D. Golas