**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

KEVIN F. ROWE
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

CHRYSTINE CODY
DEPUTY-IN-CHARGE
BRIDGEPORT

2004 MAY 25

May 25, 2004

Michelle N. Holmes
Sack, Spector & Karsten
836 Farmington Avenue #221
West Hartford, CT 06119-1544

Re: Case Name: Tate v Bloomfield
    Number: 3:01cv1280 (SRU)

Dear Attorney:

As the above matter has been disposed of in this court:

Enclosed is/are the following exhibit(s):

    Exhibit A

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

Sincerely,

Kevin F. Rowe, Clerk

BY _____
    Alice Montz
    Deputy Clerk

ACKNOWLEDGMENT: _____  DATE: _____

FILED 2004 MAY 28 A 11:24 U.S. DISTRICT COURT BRIDGEPORT, CONN.