UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

KEVIN F. ROWE
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

CHRYSTINE CODY
DEPUTY-IN-CHARGE
BRIDGEPORT

May 25, 2004

Jon D. Golas, Esq.
Golas & Golas
945 Main Street, suite 306
Manchester, CT 06040

   Re: Case Name: Tate v Bloomfield
     Number: 3:01cv1280 (SRU)

Dear Attorney:

As the above matter has been disposed of in this court:

Enclosed is/are the following exhibit(s):

   Plaintiff's exhibits 1 & 2

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

        Sincerely,

        Kevin F. Rowe, Clerk

        BY _____
          Alice Montz
          Deputy Clerk

ACKNOWLEDGMENT: _____   DATE: 7/21/04

*[FILED stamp: 2004 JUL 22 A 11:59 U.S. DISTRICT COURT BRIDGEPORT, CONN.]*